FANNY L. COHEN, Respondent, v. MAX COHEN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

KATE KRONEN, Appellant, v. HERMAN A. NEHMELMAN, Individually and as Administrator, etc., of JOHN NEHMELMAN, Deceased, and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE R. JACKSON, Appellant, v. CARL SCHREINER and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ABERON BAKERY CO., INC., and Others, Respondents, v. LAZAR RAIMIST, as Treasurer of Local No. 500, Bakery and Confectionery Workers International Union of America, an Unincorporated Association Composed of More Than Seven Members, Appellant. HENRY JAGER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JAMES D. McCAULEY, Respondent, v. OBCANSKA ZALOZNA V KARLINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ. [138 Misc. 680.]

JOSEPH C. LANZETTA, Appellant, v. ALEXANDER CARLETON and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JAY CARTON, Suing on Behalf of Himself and All Other Stockholders of RUBEL CORPORATION, Respondent, v. RUBEL CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, McAvoy, Martin and O'Malley, JJ.

HARRIET B. WEISER, Respondent, v. JOSEPH WEISER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

BLANCHE TURNER, Appellant, v. MAXWELL H. FORBES, Respondent, Impleaded with Another, Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

A. L. ASTE, Respondent, v. EUSEBIO GHELARDI and STELLA J. GHELARDI, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of KATE SMITH, as Administratrix, etc., of LOUIS SMITH, Deceased, Respondent, for a Mandamus Order against COLONIAL DYE WORKS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, and the time of appellant to make return to the petition for an alternative order of mandamus extended until ten days from service of order. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.